```
 1  BENJAMIN B. WAGNER
    Acting United States Attorney
 2  RICHARD J. BENDER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2731
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr. No. S 94-0320 JAM |
|---|---|
| Plaintiff, | ) **GOVERNMENT'S MOTION TO DESTROY ORIGINAL RECORDINGS OF COURT AUTHORIZED T-III INTERCEPTS** and **ORDER** |
| v. | ) |
| ARMANDO CHRISTOPHER TABAREZ, et al., | ) |
| Defendants. | ) |

The government moves for authorization for the U.S. Drug Enforcement Administration to destroy the original recordings of the Court authorized intercepted telephone communications in the above captioned closed case. 18 U.S.C. § 2518(8)(a) requires Court authorization to do so. The case is over with all defendants except one convicted and the charges against the one remaining (fugitive) defendant now dismissed. No appeals are pending. DEA wants to close out their file and dispose of the physical evidence, including the above described recordings.

Dated: November 7, 2011

                                                                   BENJAMIN B. WAGNER
                                                                   U.S. Attorney

                                                         by    /s/ Richard J. Bender
                                                                   RICHARD J. BENDER
                                                                   Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ARMANDO CHRISTOPHER TABAREZ,<br>et al.,<br><br>        Defendants. | Cr. No. S 94-0320 JAM<br><br>**ORDER AUTHORIZING DESTRUCTION OF ORIGINAL T-III RECORDINGS** |

Upon motion of the government, the case having been closed and good cause having been shown, it is hereby ORDERED that the Drug Enforcement Administration is authorized to destroy the original T-III recordings in the above referenced case.

Dated: November 7, 2011

                                          /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        U.S. District Court Judge